UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 18-10918-399  Chapter 13 |
| KYLE DARREN DOWDY | ) | Plan Pmt:     $   800.00/Month |
| | ) | Term:          60 Months |
| | ) | |
| Debtor | ) | 1ST AMENDED |

CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

### CERTIFICATION

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: April 03, 2019
CNFORD--SC

Original Confirmation hearing set for:
January 07, 2019

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### ORDER

It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  **The automatic stay under 11 U.S.C. § 362 and 11 U.S.C. § 1301 is terminated as to any collateral listed in 3.9(B) of the plan.**  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: April 4, 2019**
**St. Louis, Missouri**

/s/ Barry S. Schermer
**Barry S. Schermer**
**United States Bankruptcy Judge**

| 18-10918-399 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |

Copy mailed to:

KYLE DARREN DOWDY
PO BOX 773
BERNIE, MO  63822

Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

THE JEWEL LAW FIRM LLC
1416 N KINGSHIGHWAY
CAPE GIRARDEAU, MO  63701